UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1538-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Cliffton B. Moore** ) | |

On May 20, 2013, Cliffton B. Moore appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier finding of guilt to DWI Level 5, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, and a plea of guilty to Speeding in Excess of 15 MPH Above Fixed Limits, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-141 (j1), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 20, 2013, the court finds as a fact that Cliffton B. Moore, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to submit truthful and complete written reports within the first five days of each month.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to report to the probation officer as directed by the court or probation officer.
4. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 28 days with credit for time served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 20th day of May, 2013.

_____
James E. Gates
United States Magistrate Judge